In the Matter of the Claim of NORAH PARKINSON et al., Respondents, against JOSEPH LAVINA, Doing Business as BEVERLY PURE FOOD MARKET, et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued January 14, 1948; decided March 11, 1948.

*Richards W. Hannah* and *William C. Morris* for General Accident Fire and Life Assurance Corp., Ltd., appellant.

*Harry K. Nadell* for Joseph Lavina, appellant.

*Nathaniel L. Goldstein, Attorney-General (Gilbert M. Landy* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.